■ In the Matter of KATHLEEN THOMAS, Appellant, v PETER E. THOMAS, Respondent. [705 NYS2d 905] —Order unanimously

affirmed without costs for reasons stated in decision at Erie County Family Court, Mix, J. (Appeal from Order of Erie County Family Court, Mix, J.—Support.) Present—Pine, J. P., Lawton, Pigott, Jr., and Callahan, JJ.